UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:12cv0400 (WOB-KLL)

TAHER TAHER                                                PETITIONER

VS.                              ORDER

WARDEN, WARREN
CORRECTIONAL INSTITUTION                                   RESPONDENT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #9), and there being no objections filed thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that the respondent's motion to dismiss (Doc. #5) be, and it hereby is, **granted**; and that the petition for writ of habeas corpus, pursuant to 28 U.S.C. Section 2254, is hereby **dismissed, with prejudice**, on the ground that it is time-barred under 28 U.S.C. Section 2244(d).  A separate Judgment shall enter concurrently herewith.

This 5th day of March, 2013.



Signed By:
William O. Bertelsman  WOB
United States District Judge